Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2025 DEC 15 A 11: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

John W. Richardson prose
**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: 2:25-CV-2126-AMM
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☒ No

Lowes Home Center LLC
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A. **The Plaintiff**
        Name: John W Richardson prose
        Street Address: 12 9th Ave west APT 6
        City and County: Birmingham Jefferson
        State and Zip Code: Alabama 35204
        Telephone Number: (205) 215-3424

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Enrgin

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
- Name: Lowes Home center, LLC
- Job or Title:
- Street Address: 1335 Walker chapel Road FultonDale
- City and County: B,ham Jefferson
- State and Zip Code: Al 35204

Defendant No. 2
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Defendant No. 3
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Defendant No. 4
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Ergin

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
  Name _____
  Job or Title _____
  Street Address _____
  City and County _____
  State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question  ☒ USA Defendant  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _Lowes Home center, LLC_

Address _1335 Walker chapel Road Fultondale_

**B.  If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

Ergin

Pro Se General Complaint for a Civil Case (Rev.10/16)

**C.  If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, (name) John W. Richardson is a citizen of the State of (name) Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Lowes Home Center LLC is a citizen of the State of (name) Alabama. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation

    The defendant, (name) Lowes Home Center LLC is incorporated under the laws of the State of (name) Alabama, and has its principal place of business in the State of (name) Alabama.

    Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Lowes Home Center LLC

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    $1,150.00 ¢

**III.  Statement of Claim**

Page 4 of 7

Enrgin

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I purchas a washer and Dryer at Lowes on may 2 refering to may 8 2025 of a second Delivery of a scratch and Dent That I didn purchas, I paid full price of $1,150.00¢ for a amana washer and Dryer I Told employee That I didn not want a scratch and Dent washer and Dryer he Told me That They Deliver and They come new I call company and complaint about appliance They Delivered again another scratch and Dent I call Back They Told me to do whatever with it!

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

What I purchas had suppose to have been Brand new of a washer and Dryer of The full price I paid was $1,150.00¢ for The appliances need replacement for washer and Dryer or refen of my money Back of $1,150.00¢ amana washer and Dryer was Defected with scratches and Dents and Tape on it, it was not Brand new and DiDn opperate right I am handycap need Brand new washer and Dryer!!

Enrgin

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name: John
Last Name: Richardson prose
Mailing Address: 12 9th Ave West APT 6
City and State: B,ham Ala
Zip Code: 35204
Telephone Number: (205) 215-3426
E-mail Address: Lamaine Wesley@gmail.com

Signature of plaintiff: John W. Richardson prose
Date signed: 12/15/2025

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Ensign

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_ginginewesley@gmail.com_

Participant signature: _John W Richardson pro se_

Date: _12/15/2025_

Ensign.